1  SCOTT A. FLAXMAN (SBN 241285)
   **SCOTT FLAXMAN LAW**
2  200 Valley Drive, #13
   Brisbane, CA 94005
3  Telephone: (415) 571-0582
   Facsimile: (650) 952-0409
4  scottf@scottflaxmanlaw.com

5  **ATTORNEY FOR PLAINTIFF**

6

7

8           IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                    Case No.:            2365

12
                            **CIVIL RIGHTS COMPLAINT**
13                             **(42 U.S.C. § 1983)**       **SBA**

14
15  ESTATE OF CLARA SHIMAN, SCOTT A.          )
16  FLAXMAN ADMINISTRATOR,  SCOTT A.          )
17  FLAXMAN, BENEFICIARY, ESTATE OF           )
18  CLARA SHIMAN                              )
19                              Plaintiff,    )
20      vs.                                   )
21  JOHN CHIANG, IN HIS OFFICIAL CAPACITY     )
22  RACHEL CARROLA, IN HER OFFICIAL           )
23  CAPACITY AND PENNY GILMAN, IN HER         )
24  OFFICIAL CAPACITY                         )
25                                            )
                                              )

Does 1 through 10                                    )
                                                     )
                          Defendants

_____

## PRELIMINARY STATEMENT

1. This complaint is filed and these proceedings are instituted under Title 42, §1983 of the United States Code, (42 U.S.C., § 1983) seeking to recover actual damages, treble damages, and court costs, by reason of defendants' violations of the Fourteenth Amendment to the United States Constitution, (U.S. Constitution, Amendment 14, §1, clause 3-4) ("Due Process Clause"); defendants' violations of the Fifth Amendment to the United States Constitution, (U.S. Constitution, Amendment 5, clause 10) ("Takings Clause").

2. This complaint is also brought by reason of defendants' violation of the state of California's Unclaimed Property Law, (Cal. Civil. Proc. Code § 1500, et seq.) ("UPL") and to raise additional claims against defendants for breach of fiduciary duty and negligence. Plaintiffs seek actual damages, punitive damages, court costs, prejudgment interest and attorneys fees for those claims as well.

## JURISDICTION AND VENUE

3. Personal jurisdiction over defendants is proper before this court.

4. Counts I and II of this action arise under and are brought pursuant to Federal Law and thus, federal subject matter jurisdiction is properly founded upon 42 U.S.C. § 1983.

5. This court has supplemental jurisdiction over the pendent state claims, set out in Counts III through IV pursuant to 28 U.S.C. § 1367.

6. Venue over defendants is proper before this court pursuant to 28 U.S.C. § 1391(b)(2) and 12 U.S.C. § 2614.

## ELEVENTH AMENDMENT

7. Eleventh Amendment Sovereign Immunity ("Eleventh Amendment") does NOT apply to this complaint because this claim arises out of behavior by public officials beyond the officials' statutory authority and because Plaintiffs are seeking return of Plaintiffs' property, not property in the General Fund of the State of California.

8. The Eleventh Amendment does not bar claims insofar as the claims request the return of California citizen's property and not the property in the General Fund of the State of California. Taylor v. Westly, 402 F.3d 924, (9th Cir. 2005).

## RIPENESS

9. This matter is ripe for Federal Court review because the California State Controller's Office has reached a final decision regarding the application of the UPL to the property at issue and because Plaintiffs have sought compensation through the procedures provided by the State for obtaining such compensation. Williamson County Regional Planning Commission et al. v. Hamilton Bank Johnson City, 105 S. Ct. 3108, 473 (1985).

**PARTIES**

10. Plaintiffs:

    a. **Scott Flaxman**. Scott Flaxman is a beneficiary of the **Estate of Clara Shiman** and is a citizen of the United States of America and a citizen of the State of California and is suing in his individual capacity as a citizen of the United States.

    b. **Estate of Clara Shiman,** Scott A. Flaxman, Administrator.   The Estate of Clara Shiman is an entity formed in the state of California and Scott Flaxman is suing as a representative of the Estate of Clara Shiman in his capacity as Administrator for the Estate of Clara Shiman.

11. Defendants:

    c. **John Chiang:**

    John Chiang ("Defendant Controller") is the Controller of the State of California and is being sued in his official capacity.

    d. **Rachel Carrola** ("Defendant Carrola") is an Evaluator working within the Office of John Chiang, California State Controller, Division of Collections, Bureau of Unclaimed Property and has the title, "Evaluator #90" and is being sued in her official capacity.

    e. **Penny Gilman** ("Defendant Gilman") is, upon information and belief, an Evaluator working within the office of John Chiang, California State Controller, Division of Collections, Bureau of Unclaimed Property. ("Unclaimed Property Division"). Defendant Gilman is being sued in her official capacity.

# FACTS

12.  As a beneficiary of the Estate of Clara Shiman I am one of the legal and lawful owners of property seized by the State of California.

13. In my capacity as Administrator for the Estate of Clara Shiman ("Estate of Clara Shiman"), I researched and discovered a large amount of property held by the State of California that was rightfully the property of the Estate of Clara Shiman and by operation of descent, the my property.

14. True and Accurate copies of the "Claim Forms" and descriptions of the wrongfully held property taken directly from the State of California's Controller's Office, Unclaimed Property Web Page are attached to this Complaint as Exhibits A-M, and by this reference incorporated herein [*not reprinted herein*].

15. The property wrongfully held by the State of California includes, but is not limited to: "$1,967.68 dollars worth of shares exchanged for shares. 473 shares reported for SBC Communications Inc.," "$140.63 of LTV Corp. %SSB," "$503.25, Securities exchanged for cash. Liberty Media Corp/Ascent Entertainment Group," "$55.20 of dividends from the United States Steel Corporation," "40 Shares of United States Steel Corporation," "$752.51 worth of dividends for Pan Pacific Retail Properties/Western Properties," "102 Shares Reported for Pan Pacific Retail Properties," "$106 of dividends from Marathon Oil Company," "$140.63 worth of LTV Corp % SSB," "$1,479.25 worth of securities exchanged for cash, Liberty Media/Ascent Entertainment Group," "$976 worth of securities exchanged for cash, Liberty Media Corp/Ascent Entertainment Group," "Property ID 16382324 Listed with a status of 'paid' and an action date of: 2/06/2007 in

the amount of $1,619.88," "Property ID 13067552 Listed with a status of 'paid' and an action date of: 2/06/2007 in the amount of $1,619.88," "Property ID 15702629 Listed with a status of 'paid' and an action date of: 5/16/2007 in the amount of $12,370.13," "Property ID 16382325 Listed with a status of 'paid' and an action date of: 2/06/2007 in the amount of $1,619.88," "$187.44 worth of dividends from Lockheed Martin Corp/Comsat Corp.," "66 Shares reported for Lockheed Martin Corp/Coms C," "$92.40 worth of dividends from Verizon Communications," "$92.40 worth of dividends from Verizon Communications (different claim number 018696868)," "$874 worth of insurance proceeds from Civil Service Employees Insurance Company," "290.25 worth of insurance proceeds from Civil Service Employees Insurance Company."

16. An Excel Spreadsheet detailing the property identification number and dollar value of the Estate of Clara Shiman and Scott Flaxman's money held by the State of the California is attached to this complaint as Exhibit N, and by this reference incorporated herein [*not reprinted herein*].

17. Proper Claim Forms, for the above-referenced items, were filled out and submitted by Scott Flaxman on behalf of the Estate of Clara Shiman in May of 2006.

18. On October 15th, 2007, at 11:08 a.m., I called and left a message for  Defendant. Corolla.. On October 15th, 2007 at 1:48 p.m. I was able to reach Defendant. Corolla who told me that all the requisite paperwork was in place, the claims were properly filled out and filed and that the State of California would be paying the requisite claim amounts to the Estate of Clara Shiman.   Defendant Corolla also stated that the Estate of Clara Shiman's claims had now been moved forward for final processing and that Defendant Gilman was now in charge of seeing that payment was promptly made.

19. I made a telephone call to Defendant Gilman on October 15th, 2007 at 1:49 p.m. and left her a voice-mail message.

20. I called and left messages for Defendant Gillman three times during the week of October 21st, 2007. I called Defendant Gillman again on November 7th, 2007 at 12:09 p.m. and left her a message.

21. I called Defendant Corolla on November 7th, 2007 at 12:43 p.m. and left her a detailed message explaining that Defendant Gilman had not called me back in nearly one month.

22. On November 8th, 2007 I did a search of the State Controller's Office, Unclaimed Property Claim Status using the taxpayer identification number for the Estate of Clara Shiman. I discovered a table outlining Property ID, Status, Action Date and Amount. Property belonging to the Estate of Clara Shiman had been marked as "paid" within this table located on the Controller's Unclaimed Property web site. True and accurate copy of this web page has been attached to this Complaint as Exhibit O and by this reference it is incorporated herein [*not reprinted herein*].

23. **NO MONEY HAS BEEN PAID TO THE ESTATE OF CLARA SHIMAN**

24. I called and left a message for Defendant Gilman on November 15th, 2007 at 10:55 a.m. explaining the situation and asking for clarification.

25. To date, I have not received any return phone calls, writings from either Defendant Corolla or Defendant Gilman.

26. To date, the Unclaimed Property Division has **NOT** paid any of the claim amounts to the Estate of Clara Shiman.

27. I have spent over 300 hours of my time pursuing, processing and filing the original claims and now this Complaint in an endeavor to reclaim the Estate of Clara Shiman's property.

## COUNT I

## 42 U.S.C. § 1983 CLAIMS FOUNDED ON

## FOURTEENTH AMENDMENT VIOLATIONS

## (AGAINST DEFENDANT CONTROLLER, DEFENDANT CARROLA AND

## DEFENDANT GILMAN )

28. All paragraphs of this complaint are incorporated herein as if fully restated.

29. Based on the foregoing facts, Defendant Controller, Defendant Carrola and Defendant Gilman, under the color of state law, violated the Fourteenth Amendment to the United States Constitution with respect to me, a citizen of the United States by:

30. Denying the Estate of Clara Shiman to its property without due process of law (U.S. Constitution, Amendment Fourteen, §1, clause 3) and thereby denying me, a United States citizen, to my property without due process of law.

31. Denying the Estate of Clara Shiman the equal protection of the laws (U.S. Constitution, Amendment Fourteen, §1, clause 4) and thereby denying me, a United States citizen, the equal protection of the laws.

32. Pursuant to 42 U.S.C. §1983, I am entitled to recover, and hereby seek to collect, from Defendant Controller, Defendant Corolla and Defendant Gilman, attorney's fees, actual damages, treble damages, court costs, prejudgment interest and punitive damages.

### COUNT II

### 42 U.S.C. § 1983 CLAIMS FOUNDED ON

### FIFTH AMENDMENT VIOLATIONS

### (AGAINST DEFENDANT CONTROLLER, DEFENDANT CARROLA AND

### DEFENDANT GILMAN)

33. All paragraphs of this complaint are incorporated herein as if fully restated.

34. Based on the foregoing facts, Defendant Controller, Defendant Corolla and Defendant Gilman, under the color of state law, violated the Fifth Amendment to the United States Constitution with respect to me, a citizen of the United States by:

35. Depriving the Estate of Clara Shiman to its property without due process of law (U.S. Constitution, Amendment Five, clause 3) and thereby denying me, a United States citizen, to my property without due process of law.

36. Taking the property of the Estate of Clara Shiman for public use without just compensation (U.S. Constitution, Amendment Five, clause 4) and thereby taking the property of a United States citizen, me, without just compensation to me.

37. Pursuant to 42 U.S.C. §1983, I am entitled to recover, and hereby seek to collect, from Defendant Controller, Defendant Corolla and Defendant Gilman, attorney's fees, actual damages, treble damages, court costs, prejudgment interest and punitive damages.

### COUNT III

### BREACH OF FIDUCIARY DUTY

### (AGAINST DEFENDANT CONTROLLER, DEFENDANT CARROLA AND DEFENDANT GILMAN)

38. All paragraphs of this complaint are incorporated herein as if fully restated.

39. Defendant Controller, Defendant Carrola and Defendant Gilman's role as employees of the State of California, are employed to administer the California Unclaimed Property Program ("UPP"), and these defendants have fiduciary duties owed to the Estate of Clara Shiman and me to properly safeguard, administer and return plaintiffs' property held within the UPP for the benefit of the Estate of Clara Shiman and me in accordance with the express provisions of the UPL. These fiduciary duties were breached by the defendants' failure to return to the Estate of Clara Shiman and me property as required under the UPL and as detailed above.

40. The Estate of Clara Shiman and I are entitled to remedies that include imposition of a constructive trust upon all property (and/or its cash equivalent plus interest) that are held by the State Controller within the Unclaimed Property Fund for the benefit of the Estate of Clara Shiman and punitive damages.

*COUNT IV*

*NEGLIGENCE*

**(AGAINST DEFENDANT CONTROLLER, DEFENDANT CARROLA AND DEFENDANT GILMAN)**

41. All paragraphs of this complaint are incorporated herein as if fully restated.

42. Defendant Controller, Defendant Carrola and Defendant Gilman had a duty to handle plaintiffs' property in defendants' custody with reasonable care and had a duty to return plaintiffs' property to plaintiffs as provided by the UPL once plaintiffs had fulfilled the statutory prerequisites.

43. The defendants breached their duty of care to plaintiffs by:

    a.   failing to return plaintiffs' property to plaintiffs.

    b.   failing to follow the express mandates of the  UPL.

44. Plaintiffs were damaged by defendants' breach of its duty of care because Defendant Controller, Defendant Carrola and Defendant Gilman's breach has caused The Estate of

Clara Shiman and I the loss of our property and the interest and investment value of our property.

    a.   Plaintiffs' damages were the foreseeable result of defendants' breach.

    b.   Plaintiffs are entitled to actual, consequential, and punitive damages resulting from defendants' negligence.

**PRAYER FOR RELIEF**

The Estate of Clara Shiman and I respectfully request judgment and relief as follows:

    a.    under Count I against Defendant Controller, Defendant Carrola and Defendant Gilman, the Plaintiff, Scott Flaxman, is entitled to recover actual damages, punitive damages, and prejudgment interest.

    b.    under Count II a against Defendant Controller, Defendant Carrola and Defendant Gilman, the Plaintiff, Scott Flaxman, is entitled to recover attorney's fees, actual damages, unspecified damages,  treble damages and punitive damages.

    c.    under Count III against Defendant Controller, Defendant Carolla and Defendant Gilman, the Plaintiffs, Scott Flaxman and the Estate of Clara Shiman are entitled to the remedy of imposition of a constructive trust upon all property (and/or its cash equivalent plus interest) that are held by the State Controller

within the Unclaimed Property Fund for the benefit of the Estate of Clara Shiman and punitive damages.

d.        under Count IV against Defendant John Chiang, Defendant Rachel Carrola and  Defendant Penny Gilman, the Plaintiffs, Scott Flaxman and the Estate of Clara Shiman, are entitled to recover  actual, consequential and punitive damages.

**DEMAND FOR JURY TRIAL**

Dated: April 29th, 2008

# EXHIBIT A



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>018493711 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$55.20**

Type of Property: **Dividends**

Reported By: **UNITED STATES STEEL CORPORATION**

Reported Address: **25 PRESIDIO TER , SAN FRANCISCO CA 941181410**

EXHIBIT A

# EXHIBIT B



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: **INT** | Property ID Number:<br>018493773 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$0.00**

Type of Property: **Shares exchanged for shares**

Number of Shares: **PAYABLE SHARES: 40.000**

Stock Information: **40.000 SHARES REPORTED FOR U.S. Steel Corp**

Reported By: **UNITED STATES STEEL CORPORATION**

Reported Address: **25 PRESIDIO TER , SAN FRANCISCO CA 941181410**

$EXHIBIT$ $B$

# EXHIBIT C



**JOHN CHIANG**
California State Controller

## Property Details

| Date: 1/21/2008 | Source: INT | Property ID Number: 016516502 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$752.51**

Type of Property: **Dividends**

Reported By: **PAN PACIFIC RETAIL PROPERTIES/WESTERN PROPERTIES**

Reported Address: **25 PRESIDIO TER , SAN FRANCISC CA 941181410**

EXHIBIT C

# EXHIBIT D



**JOHN CHIANG**
California State Controller

## Property Details

| Date: 1/21/2008 | Source: INT | Property ID Number: 016516503 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$0.00**

Type of Property: **Shares exchanged for shares**

Number of Shares: **CONTACT UCP FOR ADD'L DETAILS**

Stock Information: **102.000 SHARES REPORTED FOR PAN PACIFIC RETAIL PROPERTIES/ C**

Reported By: **PAN PACIFIC RETAIL PROPERTIES/WESTERN PROPERTIES**

Reported Address: **25 PRESIDIO TER , SAN FRANCISC CA 941181410**

EXHIBIT D

# EXHIBIT E



**JOHN CHIANG**
California State Controller

## Property Details

| Date: 1/21/2008 | Source: INT | Property ID Number: 017881070 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$106.00**

Type of Property: **Dividends**

Reported By: **MARATHON OIL CORPORATION**

Reported Address: **2474A FRANCISCO ST , SAN FRANCISCO CA 941231815**

$EXHIBIT \ E$

# EXHIBIT F



**JOHN CHIANG**
California State Controller

## Property Details

| Date: 1/21/2008 | Source: INT | Property ID Number: 016382324 |
|---|---|---|

Owner's Name: SHIMAN KAY ; SHIMAN MARTIN C

Amount: **$503.25**

Type of Property: **Securities exchanged for cash**

Reported By: LIBERTY MEDIA CORP/ASCENT ENTERTAINMENT GROUP

Reported Address: **20 25TH AVE NORTH , SAN FRANCISCO CA 941211109**

*EXHIBIT F*

# EXHIBIT G



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>017219631 |
| --- | --- | --- |

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$187.44**

Type of
Property: **Dividends**

Reported By: **LOCKHEED MARTIN CORP/COMSAT CORP**

Reported **20 25TH AVE NORTH , SAN FRANCISCO CA**
Address:

EXHIBIT  G

# EXHIBIT H



**JOHN CHIANG**
California State Controller

## Property Details

| Date: 1/21/2008 | Source: INT | Property ID Number: 017219632 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$0.00**

Type of Property: **Shares exchanged for shares**

Number of Shares: **CONTACT UCP FOR ADD'L DETAILS**

Stock Information: **66.000 SHARES REPORTED FOR LOCKHEED MARTIN CORP/COMS C**

Reported By: **LOCKHEED MARTIN CORP/COMSAT CORP**

Reported Address: **20 25TH AVE NORTH , SAN FRANCISCO CA**

EXHIBIT H

# EXHIBIT I



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>018696869 |
|---|---|---|

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$92.40**

Type of
Property: **Dividends**

Reported By: **VERIZON COMMUNICATIONS C**

Reported **2474A FRANCISCO ST , SAN FRANCISCO CA 941231815**
Address:

EXHIBIT I

# EXHIBIT J



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>018696868 |
| --- | --- | --- |

Owner's Name: **SHIMAN KAY ; SHIMAN MARTIN C**

Amount: **$92.40**

Type of
Property: **Dividends**

Reported By: **VERIZON COMMUNICATIONS C**

Reported **2474A FRANCISCO ST , SAN FRANCISCO CA 941231815**
Address:

EXHIBIT J

# EXHIBIT K



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>018248231 |
|---|---|---|

Owner's Name: **SHIMAN CLARA**

Amount: **$874.00**

Type of Property: **Insurance premiums**

Reported By: **CIVIL SERVICE EMPLOYEES INSURANCE CO**

Reported Address: **25 PRESIDIO TERRACE , S.F. CA**

EXHIBIT K

# EXHIBIT L



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>018248212 |
|---|---|---|

Owner's Name: **SHIMAN CLARA**

Amount: **$290.25**

Type of
Property: **Insurance premiums**

Reported By: **CIVIL SERVICE EMPLOYEES INSURANCE CO**

Reported **25 PRESIDIO TERRACE , S.F. CA**
Address:

EXHIBIT L

# EXHIBIT M



**JOHN CHIANG**
California State Controller

## Property Details

| Date:<br>1/21/2008 | Source: INT | Property ID Number:<br>016382323 |
|---|---|---|

Owner's Name: **KAUFMAN HEDI ; SHIMAN CLARA K**

Amount: **$1,479.25**

Type of
Property: **Securities exchanged for cash**

Reported By: **LIBERTY MEDIA CORP/ASCENT ENTERTAINMENT
GROUP**

Reported **20 25TH AVE NORTH , SAN FRANCISCO CA 941211109**
Address:

EXHIBIT M

# EXHIBIT N

| Property ID Number--Claims Not Listed as "Paid" | Face Value of Property | Additional Interest From Claim Date--21 Months Since Claim Date (1225 is the factor (7% interest for 21 months)) | Total Value Due and Payable | Exhibit Identification Letter |
|---|---|---|---|---|
| 018493711 | $ 55.20 | $ 6.76 | $ 61.96 | A |
| *018493773 | $ 200.00 | $ 24.50 | $ 116.68 | B |
| 016516502 | $ 792.51 | $ 52.18 | $ 844.69 | C |
| *016516503 | $ 5,000.00 | $ 612.50 | $ 5,612.50 | D |
| 017881070 | $ 106.00 | $ 12.99 | $ 118.99 | E |
| 016362324 | $ 503.25 | $ 61.66 | $ 564.90 | F |
| 017218631 | $ 187.44 | $ 22.96 | $ 210.40 | G |
| *017210532 | $ 660.00 | $ 80.85 | $ 740.85 | H |
| 018696869 | $ 92.40 | $ 11.32 | $ 103.72 | I |
| 018696868 | $ 92.40 | $ 11.32 | $ 103.72 | J |
| 010249231 | $ 874.00 | $ 107.07 | $ 981.07 | K |
| 018248212 | $ 290.25 | $ 35.56 | $ 325.81 | L |
| 016382323 | $ 1,479.25 | $ 181.21 | $ 1,560.46 | M |
| **Subtotal Held Property Not Marked "Paid"** | | | $ 11,446.74 | |
| | | | | |
| Property ID Number—Claims Listed as "Paid" | | 7% annual interest (from 02/06/2007) | | |
| 16382424 | $ 1,619.88 | $ 113.39 | $ 1,733.27 | N |
| 13067552 | $ 1,619.88 | $ 113.39 | $ 1,733.27 | N |
| 15702629 | $ 12,370.13 | $ 885.91 | $ 13,236.04 | N |
| 16382325 | $ 1,619.88 | $ 113.39 | $ 1,733.27 | N |
| **Subtotal Wrongfully Withheld Property Marked "Paid"** | | | $ 18,435.85 | |
| | | | | |
| **Grand Total Withheld Property** | | | $ 29,881.59 | |

EXHIBIT N



# EXHIBIT O

Thursday, November 8, 2007

☒ Controller's
   Seal

☒ Welcome to the California State Controllers Office

Home

About the Controller

Inside the
Controller's Office

SCO Services

News Releases

Publications

Career Opportunities

Search

Contact Us

| UCP Main Page |
| About UCP |
| Property Search |
| Claim Status Search |
| Filing Instructions |
| Forms |
| FAQ |
| Laws & Regulations |
| Heir Finder Info |
| Holder Information |
| Related Web Sites |
| Contact UCP |
| UCP On-line Auction |
| Feedback - *Tell Us How We Are Doing* |

### UNCLAIMED PROPERTY CLAIM STATUS SEARCH RESULTS

The Social Security number ▮▮▮▮▮▮ returned these results:

| Property ID | Status | Action Date | Amount |
|---|---|---|---|
| 16382324 | Paid | 2/06/2007 | $1,619.88 |
| 13067552 | Paid | 2/06/2007 | $1,619.88 |
| 15702629 | Paid | 5/01/2007 | $12,370.13 |
| 16382323 | Returned to claimant | 1/23/2007 | $0.00 |
| 16382325 | Paid | 2/06/2007 | $1,619.88 |

If you have questions regarding the search results, please contact our office at a number below:

- 1-800-992-4647 (toll free for California residents); or
- (916) 323-2827 (out-of-state or foreign countries)
- Contact UCP

EXHIBIT 

Adobe
Reader

Back to Top of Page

Privacy Policy | Contact Us
© 2007 California State Controller's Office. John Chiang, Controller.