AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

ESTATE of CLARA SHIMAN, SCOTT A. FLAXMAN ADMINISTRATOR,
SCOTT A. FLAXMAN, BENEFICIARY, ESTATE OF CLARA SHIMAN

Plaintiff

JOHN CHIANG, IN HIS OFFICIAL CAPACITY,
RACHEL CARROLA, IN HER OFFICIAL CAPACITY AND
PENNY GILMAN IN HER OFFICIAL CAPACITY

Defendant

Civil Action No.

**SBA**

## Summons in a Civil Action

To: JOHN CHIANG, IN HIS OFFICIAL CAPACITY, RACHEL CARROLA, IN HER OFFICIAL CAPACITY, PENNY GILMAN IN HER OFFICIAL CAPACITY
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APRIL 29TH, 2008

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLES
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)