| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Scott A Flaxman, 241285<br>Law Offices of Scott A. Flaxman<br>21 BUENA VISTA RD<br>SOUTH SAN FRANCISCO, CA 94080-5576 | (415) 571-0582 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Estate of Clara Shiman

DEFENDANT:
Chiang, et al

| PROOF OF SERVICE | DATE<br>9/4/2008 | TIME:<br>3:00 PM | DEPT/DIV<br>3 | CASE NUMBER:<br>C08-02365 SBA |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Armstrong Standing Orders, Notice of Availability of Magistrate Judge To Exercise Jurisdiction, ECF Registration Information Handout

2. Party Served: Penny Gilman

3. Person Served: Ana Garza, Staff Counsel - Person authorized to accept service of process

4. Date & Time of Delivery: 5/13/2008    12:30 PM

5. Address, City and State: 300 Capitol Mall 1850
Sacramento, CA 95814

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 28.75

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/14/2008 at Oakland, California.

Signature: _____
Tyler Dimaria

FF# 6662336