UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CLARA SHIMAN )<br>    Plaintiff, )<br>                               )<br>    vs. )<br>                                 )<br>JOHN CHIANG, )<br>    Defendant. )<br>_____ ) | No. C 08-02365 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

      **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 3, 2008, has been continued to Tuesday, September 9, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:   8/19/08

                                                    FOR THE COURT,<br>                                                    Richard W. Wieking, Clerk

                                                    By: *Lisa R. Clark*<br>                                                       LISA R. CLARK<br>                                                       Courtroom Deputy

To: