UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF CLARA SHIMAN,

           Plaintiff(s),

      v.

JOHN CHIANG, STATE CONTROLLER,

           Defendant(s).

CASE NO. 08-02365 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/9/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Scott Flaxman | Estate of Clara Shiman | (415) 571-0582 | scottflaxman@yahoo.com |
| Jack Woodside | John Chiang, State Controller | (916) 324-5138 | Jack.Woodside@doj.ca.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/21, 2008

                                              Attorney for Plaintiff

Dated: 8/___/2008

                                              Attorney for Defendant

Rev 12.05