EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
JACK WOODSIDE, State Bar No. 189748
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5138
 Fax:  (916) 324-8835
 Email: Jack.Woodside@doj.ca.gov

Attorneys for Defendants John Chiang, in his official
capacity; Rachel Carrola, in her official capacity; and,
Penny Gilman, in her official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CLARA SHIMAN, SCOTT A. FLAXMAN ADMINISTRATOR, SCOTT A. FLAXMAN, BENEFICIARY, ESTATE OF CLARA SHIMAN,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHN CHIANG, IN HIS OFFICIAL CAPACITY, RACHEL CARROLA, IN HER OFFICIAL CAPACITY AND PENNY GILMAN, IN HER OFFICIAL CAPACITY,<br><br>　　　　　　　　　　　　Defendants. | Case No:  CV 08 2365 SBA<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing:　　　September 9, 2008<br>Time:　　　　1:00 p.m.<br>Courtroom:　 3, Floor 3<br>Judge:　　　　The Honorable Saundra<br>　　　　　　　 B. Armstrong |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1           Defendants John Chiang, in his official capacity, Rachel Corrola, in her official

2   capacity and Penny Gilman, in her official capacity submit this brief reply in support of its

3   Motion to Dismiss.  Having received no opposition[1] from plaintiffs, defendants reiterate the

4   grounds previously identified for dismissal, and request that the Court grant its Motion to

5   Dismiss without leave to amend.

6           As stated in the opening brief, plaintiff initiated this unclaimed property action

7   pursuant to 42 U.S.C. § 1983 ("Section 1983") by filing the complaint on May 7, 2008.

8   Plaintiffs have improperly attempted to turn an ordinary state law claim for recovery of

9   unclaimed property into a federal lawsuit.

10          This official capacity action seeking money damages against defendants is barred

11  under the Eleventh Amendment to the United States Constitution.  The Eleventh Amendment

12  provides immunity against lawsuits in federal court for state officials sued in their official

13  capacities.  *See Edelman v. Jordan*, 415 U.S. 651, 666-667 (1974).  Here, defendants Chiang,

14  Carrola and Gilman are all sued in their official capacity and thus, are entitled to Eleventh

15  Amendment immunity.  Moreover, the allegations contained within the Complaint are

16  insufficient to satisfy the narrow exception to such Eleventh Amendment immunity identified in

17  *Taylor v. Westley*, 402 F.3d 924 (9th Cir. 2005).

18          In addition, the complaint fails to state a claim upon which relief can be granted

19  because defendants, sued in their official capacities, are not "persons" within the meaning of

20  Section 1983, and therefore, not amenable to suit.  As stated in the opening brief, plaintiffs can

21  pursue the claims for alleged violations of California's Unclaimed Property Law ("UPL") in an

22  Because plaintiffs' UPL claims are against the individual defendants in their official capacities,

23  they are barred by the immunities afforded by the Eleventh Amendment.  Plaintiffs are free to

24  pursue any claim for recovery of unclaimed property in an ordinary state court proceeding under

25

---

26
    1. Plaintiffs' opposition was due to be filed on or before August 19, 2008, 21 days prior
27  to the hearing scheduled for September 9, 2008.  See L. R. 7-3.  A review of the Court's docket
    confirms that plaintiffs have failed to file an opposition.  In addition, defendants note that they
28  filed the instant Motion to Dismiss more than two months ago on June 2, 2008.

**DEFENDANTS' REPLY IN SUPPORT**                          Estate of Clara Shiman et al. v. John Chiang et al.
**OF MOTION TO DISMISS**                                                              CV 08 2365 SBA
                                         2

California Code of Civil Procedure section 1541, but they cannot artificially expand such a claim to become a federal constitutional case.

For all of these reasons, defendants respectfully request that this Court grant its Motion to Dismiss without leave to amend.

Dated: August 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/ Jack Woodside

JACK WOODSIDE
Deputy Attorney General
Attorneys for Defendants John Chiang, in his official capacity; Rachel Carrola, in her official capacity; and, Penny Gilman, in her official capacity

Reply.wpd
SA2008302695

**DEFENDANTS' REPLY IN SUPPORT**  Estate of Clara Shiman et al. v. John Chiang et al.
**OF MOTION TO DISMISS**  CV 08 2365 SBA

3